IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

| | |
|---|---|
| DUAL DIAGNOSIS TREATMENT CENTER, INC. d/b/a SOVEREIGN HEALTH OF CALIFORNIA; SOVEREIGN HEALTH OF PHOENIX, INC.; SHREYA HEALTH OF CALIFORNIA, INC.; MEDICAL CONCIERGE, INC. d/b/a MEDLINK; SATYA HEALTH OF CALIFORNIA, INC.; and VEDANTA LABORATORIES, INC.<br><br>Plaintiffs,<br><br>v.<br><br>BLUECROSS BLUESHIELD OF TENNESSEE, INC.<br><br>Defendant. | Case No.:<br><br>(removed from Hamilton County Circuit Court, Civil Action No. 22C227 |

## NOTICE OF REMOVAL

Defendant BlueCross BlueShield of Tennessee, Inc. ("BCBST") files this Notice of Removal of the civil action brought against it by Plaintiffs. The grounds in support of this Notice of Removal are as follows:

1. **The State Court Action, Parties and Pleadings**. On February 14, 2022, Plaintiffs filed a Complaint against BCBST in the Circuit Court of Hamilton County, Tennessee (the "State Court Action"). A copy of the Complaint is attached hereto as **Exhibit 1.** Along with a copy of the Complaint, BCBST received a letter from the Tennessee Department of Commerce and Insurance,

including Summons, Civil Case Cover Sheet and Supplemental Civil Case Cover Sheet, which are attached hereto as **Exhibit 2**.[1]

2. **This Notice Is Timely Pursuant To 28 U.S.C. § 1446(b)**. This Notice of Removal of Civil Action is being filed prior to the expiration of the statutorily allowed thirty (30) day period after the date that BCBST was served with or otherwise received a copy of the Complaint.

3. **ERISA And ERISA Complete Preemption Raises A Federal Question**. The Complaint alleges that "Plaintiffs bring this suit to enforce their valid assignments of benefits and to vindicate their rights under the Employee Retirement Income Security Act of 1974 ("ERISA") and state law." *See* **Exhibit 1** at p. 2, ¶ 3. Plaintiffs allege the patients at issue obtained health insurance through employee benefit plans pursuant to ERISA. *Id.* at p. 5, ¶ 18. Plaintiffs contend that BCBST violated ERISA and state law when BCBST "failed and refused to i) pay plaintiffs for the health care services provided to the patients who are covered by various Blue Cross plans; ii) failed and refused to provide full and fair review of the plaintiffs charges; and iii) failed and refused to provide a meaningful review process." *Id.* at p. 56, ¶ 250. Based on these allegations, Plaintiffs assert a claim for benefits under ERISA, as well as state law claims that are completely preempted by ERISA's civil enforcement scheme, codified at 29 U.S.C. § 1132(a). *Id.* at pp. 57-60, ¶¶ 252-268.

4. Therefore, this Court has original jurisdiction over such claims pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 1132(e), and the matter is one that may be removed pursuant to 28 U.S.C. § 1441(a) and controlling case law.

---

[1] In accordance with 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served or otherwise received by defendant are attached hereto as **Exhibit 1** and **Exhibit 2**. Additionally, a copy of the pleadings report from the Hamilton County Circuit Court is attached hereto as **Exhibit 3**, and a copy of the letter from the Tennessee Department of Commerce and Insurance filed in the Hamilton County Circuit Court is attached hereto as **Exhibit 4**.

4874-0280-6552.2

5. Pursuant to 28 U.S.C. § 1446(a), venue is proper in the United States District Court for the Eastern District of Tennessee, Southern Division, because it is the district court for the district within which the State Court Action is pending.

6. **Notice Filed In The State Court**. Promptly after filing this Notice of Removal, BCBST will provide written notice of removal to Plaintiffs' counsel of record and will file a copy of this Notice of Removal with the Clerk for the Circuit Court of Hamilton County, Tennessee, as provided by law.[2]

WHEREFORE, Defendant BlueCross BlueShield of Tennessee, Inc. removes the action now pending in the Circuit Court of Hamilton County, Tennessee to the United States District Court for the Eastern District of Tennessee, Southern Division.

    /s/ Robert E. Boston
Robert E. Boston (TN BPR # 009744)
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
(615) 244-6380
bob.boston@wallerlaw.com

*Attorney for Defendant
BlueCross BlueShield of Tennessee, Inc.*

---

[2] A true and correct copy of the Notice (without exhibits) is the being filed with the Clerk for the Circuit Court of Hamilton County, Tennessee is attached hereto as **Exhibit 5**.

4874-0280-6552.2

-3-

Case 1:22-cv-00073-DCLC-CHS   Document 1   Filed 03/24/22   Page 3 of 4   PageID #: 3

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2022, the foregoing document was filed electronically with the Clerk of the Court using the court's CM/ECF system, which is expected to send notification of such filing to the following counsel of record:

Hudson T. Ellis
Eric Buchanan & Associates, PLLC
414 McCallie Avenue
Chattanooga, Tennessee 37402
ellish@buchanandisability.com

                                                    */s/ Robert E. Boston*
                                                    Robert E. Boston